## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| The Trustees of the Minnesota Ceramic Tile and Allied Trades Retirement Fund; the Trustees of the Minnesota Ceramic Tile and Allied Trades Promotion Trust Fund; the Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Health Fund; the Trustees of the Minnesota and North Dakota Bricklayers and Allied Craftworkers Vacation Fund; and the Trustees of the Minnesota Bricklayers Apprenticeship Fund,<br><br>     Plaintiffs,<br><br>vs.<br><br>Crystal Tile, Inc., a foreign corporation not qualified to do business in the State of Minnesota; and Michael D. Greer,<br><br>     Defendants. | Civil File Number: 06-491 RHK/JSM<br><br><br><br>**ORDER<br>FOR JUDGMENT** |

  The above-entitled matter came without hearing before the undersigned upon Plaintiffs' application for entry of judgment by default against Co-Defendant Crystal Tile, Inc.

  Based upon the Affidavit of Stephen C. Kelly in Support of Application for Entry of Default Judgment, and all files, records and proceedings herein,

  IT IS HEREBY ORDERED:

### ORDER

  That the Clerk of Court shall enter judgment in favor of Plaintiffs and against the co-Defendant Crystal Tile, Inc. in the amount of $4,860.01.

Dated: September __27__, 2006        s/Richard H. Kyle

RICHARD H. KYLE
United States District Judge